**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**In re:**                                                                                  Case No.: 4:17-bk-40354
                                                                                            Chapter: 13
SYNTHIA AARON,

**Debtor.**

## MOTION TO CONVERT TO CHAPTER 7

COMES NOW Debtor, SYNTHIA AARON, by and through the undersigned counsel, and moves this court pursuant to Fed. R. Bankr. P. 1019 to enter an Order converting this Chapter 13 case in to a Chapter 7. Debtor's income qualifies her for relief under Chapter 7 and at this time debtor cannot afford to make the payments under Chapter 13.

Respectfully submitted by:    /s/ Leighanne Boone __
                              Leighanne Boone, Esq.
                              FL Bar No: 107308
                              **Upright Law, PLLC**
                              207 West Park Ave, Suite A
                              Tallahassee, FL 32301
                              (850) 895-1437
                              LBoone@TheBooneLawFirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished via the CM/ECF Portal on October 5, 2017 upon:

Leigh D. Hart
(ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net)
Chad D. Heckman on behalf of Creditor Santander Consumer U.S.A., Inc.
(eservice@heckmanlawgroup.com )
United States Trustee (USTPRegion21.TL.ECF@usdoj.gov)

                              /s/ Leighanne Boone __
                              Leighanne Boone, Esq.

1