FORM orrsmtn (03/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Synthia Aaron
    SSN/ITIN: xxx–xx–5202
       Debtor

Bankruptcy Case No.:  17–40354–KKS

Chapter:  7
Judge:  Karen K. Specie

***ORDER RESOLVING MOTION IN CONVERTED CASE***
*(Re: Doc. No. 23)*

**THIS matter** is before the Court because the Debtor(s)' case has been converted pursuant to the Court's conversion order (Doc. No. 28). Prior to this case being converted, Movant, Leigh D. Hart, filed a(n) Motion to Dismiss Case (Doc. No. 23), and this document has been left unresolved. For this reason, it is

**ORDERED** that the Motion to Dismiss Case (Doc. No. 23) is moot as a result of the conversion.

**DONE AND ORDERED** at Tallahassee, Florida, October 6, 2017.

>  /s/ Karen K. Specie
>  Karen K. Specie
>  U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.